# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| BARBARA ANNETTE GREEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:21-00397-CV-RK |
| COMMISSIONER OF SOCIAL SECURITY; | ) ) ) ) |
| Defendant. | ) |

## ORDER

Before the Court is Defendant's motion to reverse and remand. (Doc. 14.) The decision of the ALJ is **REVERSED** and **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the arguments outlined in the Defendant's motion.

**IT IS SO ORDERED.**

/s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: February 18, 2022