# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| BARBARA ANNETTE GREEN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:21-00397-CV-RK |
| ACTING COMMISSIONER OF SOCIAL SECURITY; | ) |
| Defendant. | ) |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED APPLICATION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT AND FOR COSTS

Before the Court is Plaintiff's motion for attorney fees under the Equal Access to Justice Act ("EAJA") and for costs. (Doc. 16.) Defendant and Plaintiff have agreed to an award of EAJA fees and expenses in the amount of $4,207.62 and of costs of $402.00 for the filing fee. (Doc. 19.)

Under the EAJA, a prevailing party in an action brought against the United States shall be awarded attorneys' fees unless the position of the United States was "substantially justified" or special circumstances make an award unjust. 28 U.S.C. § 2412(d)(1)(a). A prevailing party is also entitled to recovery of costs. *Id.* § 2412(a)(1). Plaintiff was a prevailing party in this action, and an award is appropriate. Accordingly, the Court **ORDERS** as follows:

1. Plaintiff is awarded attorneys' fees in the amount of $4,207.62, to be paid by the Social Security Administration.
2. Plaintiff is further awarded costs in the amount of $402, to be paid from the Judgment Fund administered by the United States Treasury
3. The above fee award is subject to offset to satisfy any pre-existing debt Plaintiff may owe to the United States.

**IT IS SO ORDERED.**

/s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: March 17, 2022